CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
For Roanoke
OCT 29 2010
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **GREGORY LEON HAMMER,** | ) | Civil Action No. 7:10-cv-00479 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GENE JOHNSON, et al.,** | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's request to proceed in forma pauperis is **GRANTED**; plaintiff's requests for equitable relief are **DENIED**; and this action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 29th day of October, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge